IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CEDRICK SIMPSON**                                                                                    **PLAINTIFF**

v.                                            No. 4:14-cv-165-DPM

**CITY OF LITTLE ROCK; GREG
SIEGLER, individually and in his
official capacity; and DOES, unidentified
employees of the City of Little Rock**                          **DEFENDANTS**

ORDER

Applying the *Pioneer* factors, and considering all material circumstances, the Court grants Defendants' motion, № 8, and vacates the Clerk's default, № 6. FED. R. CIV. P. 60(b)(1). The delay in answering Simpson's complaint was, Defendants acknowledge, preventable and within their control. Counsel's calendaring error is excusable nonetheless. *Ceridian Corp. v. SCSC Corp.*, 212 F.3d 398, 403 (8th Cir. 2000). The delay—just a few days—is short, and causes no prejudice to Simpson's ability to prosecute this young case; no evidence has been lost, no discovery opportunities foreclosed. *Stephenson v. El-Batrawi*, 524 F.3d 907, 915 (8th Cir. 2008). And the short delay here wasn't in bad faith. We all make calendaring mistakes. Under the circumstances, default is too harsh a consequence.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 May 2014