IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CEDRICK SIMPSON                                        PLAINTIFF

v.                          No. 4:14-cv-165-DPM

CITY OF LITTLE ROCK, a Municipality;
GREG SIEGLER, individually and in his
official capacity; and DOES, unidentified
employees of the City of Little Rock              DEFENDANTS

## ORDER

The Court would appreciate the parties addressing these topics in their

trial briefs:

- qualified immunity; and

- the effect of acquittal on the *Brady* claim.

Those briefs are due 5 February 2016. They must be less than ten pages. No

responding briefs needed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 January 2016