IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CEDRICK SIMPSON**                                                                 PLAINTIFF

v.                                      No. 4:14-cv-165-DPM

**CITY OF LITTLE ROCK**, a Municipality;
**GREG SIEGLER**, individually and in his
official capacity; and **DOES**, unidentified
employees of the City of Little Rock                                        DEFENDANTS

## JUDGMENT

1. Simpson's claims against the Doe defendants are dismissed without prejudice.

2. As against the City and Siegler, Counts 1-2 and 5-7 of the complaint are dismissed with prejudice; counts 3-4 and 8-12 are dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 July 2016