IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CEDRICK SIMPSON**                                                                 **PLAINTIFF**

v.                                    No. 4:14-cv-165-DPM

**CITY OF LITTLE ROCK, a Municipality;
GREG SIEGLER, individually and in his
official capacity; and DOES, unidentified
employees of the City of Little Rock**                              **DEFENDANTS**

ORDER

The Judgment was inadvertently filed a few minutes *before* the order deciding the dispositive motion. It should have been docketed *after* the order. The Judgment, № 68, is therefore vacated. An Amended Judgment will issue.

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

25 July 2016