IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CEDRICK SIMPSON**                                                                          **PLAINTIFF**

v.                                    No. 4:14-cv-165-DPM

**CITY OF LITTLE ROCK, a Municipality;
GREG SIEGLER, individually and in his
official capacity; and DOES, unidentified
employees of the City of Little Rock**                                    **DEFENDANTS**

## AMENDED JUDGMENT

**1.** Simpson's claims against the Doe defendants are dismissed without prejudice.

**2.** As against the City and Siegler, Counts 1–2 and 5–7 of the complaint are dismissed with prejudice; counts 3–4 and 8–12 are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 July 2016